GREEN & HALL, A PROFESSIONAL CORPORATION
Howard D. Hall, Esq. (State Bar No. 145024)
Artin Betpera. Esq. (State Bar No. 244477)
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Plaintiffs
TITLE RESOURCES GUARANTY COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| TITLE RESOURCES GUARANTY COMPANY, a Texas corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>CRISTINE SUTTON f/k/a CRISTINE CHANG, an individual; BRYAN GEEKEONG SUTTON, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV12-2445 SVW (MANx)<br><br>JUDGE: Hon. Stephen V. Wilson<br>CTRM: 6<br><br>**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**<br><br>Action Filed: March 21, 2012 |

PLEASE TAKE NOTICE THAT above-captioned action by Plaintiff Title Resources Guaranty Company ("TRGC") against Defendants Cristine Sutton f/k/a Cristine Chang and Bryan Geekeong Sutton, affects title to and/or possession or real property in that TRGC seeks the imposition of an equitable mortgage and other similar relief concerning the real property located in the County of Honolulu at 225 Aumoe Road, Kailua, Hawaii 96734, the legal description of which is attached hereto as Exhibit "A".

Dated: March 22, 2012

GREEN & HALL, A PROFESSIONAL CORPORATION

By: ______________________
Howard D. Hall, Esq.
Artin Betpera, Esq.
Attorneys for Plaintiff
TITLE RESOURCES GUARANTY COMPANY



GREEN & HALL
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

# EXHIBIT "A"

## LEGAL DESCRIPTION

ALL OF THAT CERTAIN PARCEL OF LAND (BEING PORTION(S) OF THE LAND(S) DESCRIBED IN AND COVERED BY ROYAL PATENT 4475, LAND COMMISSION AWARD 7713, APANA 45 TO VICTOR KAMAMALU) SITUATE, LYING AND BEING AT KAELEPULU, KAILUA, DISTRICT OF KOOLAUPOKO, CITY AND COUNTY OF HONOLULU, STATE OF HAWAII, BEING LOT 14, BLOCK 4, OF THE "KAELEPULU SUBDIVISION", AS DELINEATED ON BISHOP ESTATE, MAP 3652, AND THUS BOUNDED AND DESCRIBED:

BEGINNING AT AN IRON PIN AT THE SOUTHWEST CORNER OF THIS LOT, THE NORTHWEST CORNER OF LOT 15, BLOCK 4, AND ON THE EASTERLY SIDE OF AUMOE ROAD, THE COORDINATES OF SAID POINT OF BEGINNING REFERRED TO GOVERNMENT SURVEY TRIANGULATION STATION "MOKAPU", BEING 22, 404.80 FEET SOUTH AND 19.94 FEET EAST, AND RUNNING BY AZIMUTHS MEASURED CLOCKWISE FROM TRUE SOUTH:

1. 184 DEGREES 50 MINUTES 80.00 FEET ALONG THE EASTERLY SIDE OF AUMOE ROAD TO AN IRON PIN;

2. 274 DEGREES 59 MINUTES 125.00 FEET ALONG LOT 13, BLOCK 4, TO AN IRON PIN;

3. 4 DEGREES 59 MINUTES 80.00 FEET ALONG BISHOP ESTATE LAND TO AN IRON PIN;

4. 94 DEGREES 59 MINUTES 125.00 FEET ALONG LOT 15, BLOCK 4, TO THE POINT OF BEGINNING, CONTAINING AN AREA OF 10.000 SQUARE FEET, MORE OR LESS.

BEING THE PREMISES DESCRIBED IN DEED (BY WAY OF EXCHANGE) (DIRECT DEEDING PURSUANT TO EXCHANGE AGREEMENT) DATED APRIL 13, 2004, RECORDED IN THE BUREAU OF CONVEYANCES OF THE STATE OF HAWAII AS DOCUMENT NO. 2004-076618.

SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY.

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, 10th Floor, Santa Ana, California 92705-4052.

On March 22, 2012, I served the within document(s) described as:

**NOTICE OF PENDANCY OF ACTION (LIS PENDENS)**

on the interested parties in this action as stated on the attached mailing list.

[X] **(BY CERTIFIED MAIL- RETURN RECEIPT REQUESTED)** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 22, 2012, at Santa Ana, California.

| | |
|---|---|
| Melissa Mantell | [signature] |
| (Type or print name) | (Signature) |

GREEN & HALL
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION



S:\POS\Wagman.Sutton.doc

**SERVICE LIST**

Cristine Sutton f/k/a Cristine Chang
Bryan Geekeong Sutton
225 Aumoe Road
Kailua, Hawaii 96734



S:\POS\Wagman.Sutton.doc

GREEN & HALL
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION