Name & Address:
Howard D. Hall, Esq. (SBN 145024)
Artin Betpera, Esq. (SBN 244477)
Green & Hall, APC
1851 E. First Street, 10th Floor
Santa Ana, CA 92705 (714)918-7000

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TITLE RESOURCES GUARANTY COMPANY, a Texas corporation<br><br>PLAINTIFF(S)<br>v. | CASE NUMBER<br><br>CV12-02445 SVW (MANx) |
| CRISTINE SUTTON f/k/a CRISTINE CHANG, an individual; BRYAN GEEKEONG SUTTON, an individual; and DOES 1 through 50, inclusive,<br><br>DEFENDANT(S). | **SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ First amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Artin Betpera, Esq., whose address is 1851 E. First Street, 10th Floor, Santa Ana, CA 92705. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 5-17-2012

By: [signature]
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*