Howard D. Hall, Esq. (State Bar No. 145024)
Artin Betpera, Esq. (State Bar No. 244477)
GREEN & HALL, A PROFESSIONAL CORPORATION
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Plaintiff
TITLE RESOURCES GUARANTY COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| TITLE RESOURCES GUARANTY COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CRISTINE SUTTON f/k/a CRISTINE CHANG, an individual; BRYAN GEEKEONG SUTTON, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV12-2445-SVW (MANx)<br><br>JUDGE: Hon. Stephen V. Wilson<br>CTRM: 6<br><br>**ORDER OF DISMISSAL**<br><br>Action Filed: March 21, 2012<br>Trial Date: November 13, 2012<br><br>JS-6 |

Having read and considered the Stipulation of Dismissal submitted by Plaintiff Title Resources Guaranty Company ("TRGC") and Defendants Cristine Sutton f/k/a Cristine Chang, and Brian Geekeong Sutton (erroneously sued as Bryan Geekeong Sutton) ("Defendants"), the Court orders as follows:

(1) The Complaint filed on March 21, 2012 in this action by Plaintiff TRGC against Defendants is hereby dismissed, in its entirety, *with prejudice*;

(2) As to Plaintiff TRGC, Defendants' Counter-Claim and Third Party Complaint filed in this action on June 11, 2012 is hereby dismissed *with prejudice*;

(3) As to Third Party Defendant Wells Fargo Bank, NA, Defendants' Counter-Claim and Third Party Complaint filed in this action on June 11, 2012 is hereby dismissed *with prejudice*;





GREEN & HALL
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

(4) As to Third Party Defendants Jennifer McTigue and Marc Melton, the Counter-Claim and Third Party Complaint filed by Defendants in this action on June 11, 2012 is hereby dismissed *without prejudice*.

**IT IS SO ORDERED**.

Dated: November _6, 2012

Hon. Stephen V. Wilson
Judge, United States District Court

GREEN & HALL
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION